**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | JOSHUA | EMANUEL | ARAUD FERNANDEZ |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | MYRIAM | ANGELICA | QUIJANO REYES |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: District of **Puerto Rico**

Case number (if known) **25-02295**

☐ Check if this is an amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property  12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

### Part 1: List All Secured Claims

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|

**2.1** COMMUNITY BANK, N.A.
Creditor's Name
Loan Operations Department
PO Box 628
Number    Street
Olean, NY 14760
City       State     ZIP Code

**Describe the property that secures the claim:**   $1,502.00   $2,755.00   $0.00

2021 KTM 200 DUKE
Motorcycle

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred **06-15-2023**   Last 4 digits of account number ___ ___ ___ ___

**Add the dollar value of your entries in Column A on this page. Write that number here:**   **$1,502.00**

| Debtor 1 | **JOSHUA** | **EMANUEL** | **ARAUD FERNANDEZ** | Case number *(if known)* **25-02295** |
|---|---|---|---|---|
| Debtor 2 | **MYRIAM** | **ANGELICA** | **QUIJANO REYES** | |
| | First Name | Middle Name | Last Name | |

| Part 1: | Additional Page<br>After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** | *Column C*<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

### 2.2

**Freedom Road Financial**
Creditor's Name

**Legal Department**

**1515 W 22nd St Fl 12**
Number    Street

**Oak Brook, IL 60523-2007**
City         State         ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim relates to a community debt**

Date debt was incurred   **06/15/2023**

**Describe the property that secures the claim:**

**2021 KTM 200 DUKE**
Motorcycle

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number   **1  1  2  3**

Column A: **$1,546.00**   Column B: **$2,755.00**   Column C: **$0.00**

### 2.3

**ORIENTAL BANK**
Creditor's Name

**PO BOX 195115**
Number    Street

**San Juan, PR 00919-5115**
City         State         ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ **Check if this claim relates to a community debt**

Date debt was incurred   _____

**Describe the property that secures the claim:**

**2024 Kia Carnival**
Registered to Ruth E. Quijano Reyes

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number   **8  4  8  0**

Column A: **$40,000.00**   Column B: **$34,000.00**   Column C: **$6,000.00**

| | | |
|---|---|---|
| **Add the dollar value of your entries in Column A on this page. Write that number here:** | | **$41,546.00** |
| **If this is the last page of your form, add the dollar value totals from all pages. Write that number here:** | | **$43,048.00** |